AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Netflix, Inc.

Serve On Resident Agent:
CT Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Disney Streaming Services, LLC
75 9th Avenue
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Apple, Inc.

Serve On Resident Agent:
CT Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hulu, LLC

Serve On Resident Agent:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*
Kaitlyn Kramer

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Home Box Office, Inc.
30 Hudson Yards
New York, New York 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Netflix, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:21-cv-00561-MAB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Amazon.com Services, LLC

Serve On Resident Agent:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| City of East St. Louis, individually, and on behalf of others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Netflix, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CBS Entertainment, LLC
51 W 52nd Street
New York, New York 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*
Kailyn Kramer

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

City of East St. Louis, individually and on behalf of others similarly situated

*Plaintiff(s)*

v.

Netflix, et al.

*Defendant(s)*

Civil Action No. 3:21-cv-00561-MAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* YouTube, Inc.
1000 Cherry Ave
San Bruno, CA 94066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CuriosityStream, Inc.
8484 Georgia Avenue
Silver Spring, MD 201910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk* Kaitlyn Kramer

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois ▼

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peacock TV, LLC
30 Rockefeller Plz,
New York City, New York, 10112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Kathryn Kramer*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois ▼

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DirectTV Corporation

Serve On Resident Agent:
CT Corporation System
208 So Lasalle St, Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Kaitlyn Kramer*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois ▼

| | |
|---|---|
| City of East St. Louis, individually and on behalf of others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Netflix, Inc., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:21-cv-00561-MAB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dish Network Service, LLC

Serve On Resident Agent:
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CJ Baricevic,
City Attorney
Chatham & Baricevic
107 W. Main, Suite 1
Belleville, IL 62220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6-11-2021

*Signature of Clerk or Deputy Clerk*