IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CITY OF EAST ST. LOUIS,** Individually and on behalf of all others similarly situated | ) ) ) ) |
| Plaintiffs, | ) Case No. 3:21-CV-561-MAB[1] |
| vs. | ) ) |
| **NETFLIX, INC., DISNEY PLATFORM DISTRIBUTION, INC., APPLE, INC., HULU, INC., WARNERMEDIA DIRECT, LLC, AMAZON.COM SERVICES, LLC, CBS INTERACTIVE, INC., YOUTUBE, LLC, CURIOSITYSTREAM, INC., PEACOCK TV, LLC, DIRECTV, LLC, and DISH NETWORK, LLC** | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated September 23, 2022, which granted Defendants' motions to dismiss (Doc. 206), this matter was **DISMISSED with prejudice** in its entirety.

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc.150).

DATED: September 23, 2022

                                            **MONICA A. STUMP,**
                                            **Clerk of Court**

                                    BY:  /s/ Jennifer Jones
                                            **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                **MARK A. BEATTY**
                **United States Magistrate Judge**