# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF EAST ST. LOUIS, Individually and On behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NETFLIX, INC., DISNEY PLATFORM DISTRIBUTION, INC., APPLE INC., HULU, LLC, WARNERMEDIA DIRECT, LLC, AMAZON.COM SERVICES, LLC, CBSINTERACTIVE, LLC YOUTUBE LLC, CURIOSITYSTREAM, INC, PEACOCK TV, LLC, DIRECTV, LLC, and DISH NETWORK, L.L.C<br><br>    Defendants. | NOTICE OF APPEAL<br><br>Case Number: 3:21-cv-00561-MAB |

    Pursuant to Rule 4(a) of the Federal Rule of Appellate Procedure, notice is hereby given that the Plaintiff, the City of East St. Louis, individually and on behalf of others similarly situated, does hereby appeal to the United States Court of Appeal for the Seventh Judicial Circuit the order entered on September 23, 2022, in this cause by the Honorable Judge Mark A. Beatty granting Defendants' Motions to Dismiss for Failure to State a Claim and dismissing the Plaintiff's Amended Class Action Complaint.

    Dated October 24, 2022

                        **THE CITY OF EAST ST. LOUIS, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED, PLAINTIFF,**

                                                */s/ Zachary E. Howerton*
                                                Zachary E. Howerton, #151215033
                                                         Smouse & Mason, LLC
                                                223 Duke of Gloucester Street
                                                             Annapolis, MD 21401
                                             P: (410) 269-6620 F: (410) 269-1235
                                                        zeh@smouseandmason.com

# CERTIFICATE OF SERVICE

   I hereby certify that, on October 24, 2022, I electronically filed Plaintiff's NOTICE OF APPEAL using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 24, 2022

Respectfully submitted,

*/s/ Zachary E. Howerton*
Zachary E. Howerton, #151215033
Smouse & Mason, LLC
223 Duke of Gloucester Street Annapolis, MD 21401
410-269-6620
Fax: 410-269-1235
zeh@smouseandmason.com
